Case 2:12-cv-05579-JFB-AYS Document 21 Filed 11/15/17 Page 1 of 3 PageID #: 171

*United States ex rel. Schaller et al. v. Prime Diagnostic Imaging Corp. et al.,* 12-CV-5579 (JFB)
Partial Unsealing Order

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

UNITED STATES OF AMERICA, *ex rel.* VICTOR E. SCHALLER, JR. AND JOSEPH FAIELLA-TOMMASINO, PA, PH.D, NEW JERSEY *ex rel.* VICTOR E. SCHALLER, JR. AND JOSEPH FAIELLA-TOMMASINO, PA, PH.D, NEW YORK, *ex rel.* VICTOR E. SCHALLER, JR. AND JOSEPH FAIELLA-TOMMASINO, PA, PH.D, NEW YORK CITY *ex rel.* VICTOR E. SCHALLER, JR. AND JOSEPH FAIELLA-TOMMASINO, PA, PH.D, and VICTOR E. SCHALLER, JR. AND JOSEPH FAIELLA-TOMMASINO, PA, PH.D, individually,

Plaintiffs,

vs.

PRIME DIAGNOSTIC IMAGING CORPORATION, PRIME NEUROLOGICAL IMAGING CORPORATION, PRIME DIAGNOSTIC SERVICES INC., PRECISION DIAGNOSTIC IMAGING INC., PRECISION DIAGNOSTIC SERVICES INC., PRECISION NEUROLOGICAL IMAGING INC., NEURORAYS IMAGING P.C., NEURORAYS OF NEW JERSEY PC, MARK J. LODESPOTO, M.D., P.C., PRIMARY DIAGNOSTIC IMAGING CORP I, PRIMARY NEUROLOGICAL IMAGING INC. I, GLOBAL IMAGINING SOLUTIONS LLC, GLOBAL MANAGEMENT, LLC, GLOBAL NEUROLOGICAL, LLC, PRINCIPAL DIAGNOSTICS PROVISION DIAGNOSTIC IMAGING LLC, STEPHANIE M. MOSS, MICHAEL V. MOSS, PETER W. HENAGHAN, MARK J. LODESPOTO, MD, NEAL M. LISAN MD, DAVE SANDOVAL, STEPHEN SISSELMAN, D.O., MICHAEL BENHURI, M.D., LUCKY CARE MEDICAL, PC, MADISON AVENUE OBGYN, HASSAN HITO, M.D., SUFFOLK FIRST MEDICAL PC, B&R REALTY, JAY STAMBLER, M.D., LAWRENCE NORTHERN, M.D., MICHAEL LADINSKY, M.D., STANLEY E. BLYSKAL, M.D., ROBERT F. RUGGIERO, M.D., BASHIR AHMED, M.D., NORTH BABYLON PRACTICE :MANAGEMENT, E&M PROFESSIONAL SERVICES, INC., DR. JEFFREY NAKHJAVAN, BARBARA MANDELL, M.D., LLC, PERSUAD MEDICAL, DR.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 15 2017 ★

LONG ISLAND OFFICE

~~FILED UNDER SEAL~~

**PARTIAL UNSEALING ORDER**

Civil Action No.
12-CV-5579

(Bianco, J)

Case 2:12-cv-05579-JFB-AYS   Document 21   Filed 11/15/17   Page 2 of 3 PageID #: 172

*United States ex rel. Schaller et al. v. Prime Diagnostic Imaging Corp. et al.*, 12-CV-5579 (JFB)
Notice of Partial Intervention

ANNA LERNER ANGELES, M.D., PC, LUCELLE M. DELROSARIO, M.D., FINK FAMILY MEDICAL, PC, DR. ANDREW FAGELMAN, M.D., LOUIS D. SCHWARTZ, M.D., SOUTH SHORE MEDICAL CARE, PC, DR. VINCENT LEDDY, CL BILLING, VR LEDDY M.D., PC, RICHARD VALINOTTI, LONG ISLAND FAMILY MEDICAL GROUP, PC, ERIC M. JACKSON, M.D., CECILIA LEDDY MEDICAL BUILDING, P&C MANAGEMENT, PRIMARY MEDICAL CARE LLC, ANNA MARIE MIRSKI, M.D., THOMAS STACK, D.O., HALLAL PROPERTIES, LLC, DR. EDWARD HALLAL, AZIZ CHAUDRY, M.D., MK & JJ REALTY CORP., ADJ HOLDING CORP., CENTRAL ISLAND INTERNAL MEDICINE PLLC, PAUL TCHAO, M.D., DR. PATRICK BURNS, DAVID NEGRON, DPM, ANTHONY J. RIZZO, D.O., DR. MICHAEL BELFIORE, DR. ZEENAT HUSSAIN, DR. BRET OSTRAGRER, SHORE MEDICAL ASSOCIATES, PC, RAY RICK NICK REALTY, LLC, WEISSMAN & KROLL MEDICAL ASSOCIATES, SUFFOLK FIRST MEDICAL PC, SUKHDATA, LLC, MARK J. JAGUST M.D., DABFP SOUTH SHORE MEDICAL ASSOCIATES, PC, 291 EAST SUNRISE HIGHWAY ASSOCIATES, JOSEPH BALLARO M.D., PC, MARK WAXMAN, M.D., NORTHPORT FAMILY MEDICINE, PC, ANDREW HARARAH, D.O., ANTHONY RIZZO, D.O., ARVERNE CARE MANAGEMENT, DR. MARK ALLEN, SOUTH ISLAND MEDICAL, PORT JEFF MEDICAL CARE PC, PERRY A. FRANKEL, M.D., OLGA BELDER, D.O., VIKAS DESAI, D.O., AURENE ALCASABAS, M.D., ALAN W STUDLEY, M.D., ROBERTA A. BIANCO, D.O., DR. THOMAS HODYL, 55 SOUTHERN BLVD, LLC, PRIMARY MEDICAL CARE OF SUFFOLK COUNTY, PC, JORGE J. FIGUEROA, M.D., LEONID BASOVICH, D.O., PC, EDWARDO YAMBO, M.D., J2N REALTY, LLC, JIM BEST D.O., SARITA DORSCHUG, M.D., ANDREA J. FRANK, M.D., JAMES REILLY, D.O., MARK TREE ROAD REALTY, PORT JEFFERSON MEDICAL ASSOCIATES, PC, MID ISLAND INTERNAL MEDICINE, ANDREA NOMBERG M.D., SUGANTH RAVIDRAN, M.D., MARTHA D. PILCHMAN, M.D., 900 STRAIGHT PATH REALTY, LLC, AND DR. JOHN J. MARK AND JUDITH L. MARK, LLP,

                    Defendants.
-------------------------------------------------------------------------X

*United States ex rel. Schaller et al. v. Prime Diagnostic Imaging Corp. et al.*, 12-CV-5579 (JFB)
Partial Unsealing Order

WHEREAS, pursuant to the False Claims Act (the "Act"), 31 U.S.C. §§ 3730(b)(2) and (4), the United States of America has partially intervened in this action brought by Victor E. Schaller, Jr. and Joseph Faiella-Tommasino, PA, Ph.D ("Relators") with respect to allegations of violations of the Act by defendant Drs. Anna Lerner Angeles, Marc Allen and Anthony Rizzo;

WHEREAS, pursuant to the False Claims Act, 31 U.S.C. §§ 3730(b)(4), the United States declined to intervene in this action with respect to all other allegations against all other defendants contained in the complaint filed by Relators on or about November 13, 2012, (the "Complaint");

WHEREAS, the United States and Relator will submit a Joint Stipulation of Dismissal of this Civil Action pursuant to Rule 41(a)(1), which will be with prejudice as to Relators, with prejudice as to the United States in connection with the allegations of violations of the Act by defendant Drs. Anna Lerner Angeles, Marc Allen and Anthony Rizzo, and without prejudice as to the United States in connection with all other allegations against all other defendants contained in Relators' Complaint.

IT IS HEREBY ORDERED that:

1. The seal shall be lifted as to this Order, the United States' Notice of Partial Intervention, and any matter occurring in this action hereafter.

2. All other documents filed before November 15, 2017, in the Court's file in this action shall remain under seal and not be made public, except for the Relators' Complaint.

Dated: Central Islip, New York
       November 15, 2017

SO ORDERED

_____
THE HONORABLE JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE