UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

UNITED STATES OF AMERICA, *ex rel.* VICTOR E.
SCHALLER, JR. AND JOSEPH FAIELLA-
TOMMASINO, PA, PH.D, NEW JERSEY *ex rel.* VICTOR
E. SCHALLER. JR. AND JOSEPH FAIELLA-
TOMMASINO, PA, PH.D,  NEW YORK, *ex rel.* VICTOR
E. SCHALLER. JR. AND JOSEPH FAIELLA-
TOMMASINO, PA, PH.D,  NEW YORK CITY *ex rel.*
VICTOR E. SCHALLER. JR. AND JOSEPH FAIELLA-
TOMMASINO, PA, PH.D, and VICTOR E. SCHALLER,
JR. AND JOSEPH FAIELLA-TOMMASINO, PA, PH.D,
individually,

Plaintiffs,

vs.

PRIME DIAGNOSTIC IMAGING CORPORATION,
PRIME NEUROLOGICAL IMAGING
CORPORATION, PRIME DIAGNOSTIC SERVICES
INC., PRECISION DIAGNOSTIC IMAGING INC.,
PRECISION DIAGNOSTIC SERVICES INC.,
PRECISION NEUROLOGICAL IMAGING INC.,
NEURORAYS IMAGING P.C., NEURORAYS OF
NEW JERSEY PC, MARK J. LODESPOTO, M.D., P.C.,
PRIMARY DIAGNOSTIC IMAGING CORP I,
PRIMARY NEUROLOGICAL IMAGING INC. I,
GLOBAL IMAGINING SOLUTIONS LLC, GLOBAL
MANAGEMENT, LLC, GLOBAL NEUROLOGICAL,
LLC, PRINCIPAL DIAGNOSTICS PROVISION
DIAGNOSTIC IMAGING LLC, STEPHANIE M.
MOSS, MICHAEL V. MOSS, PETER W. HENAGHAN,
MARK J. LODESPOTO, MD, NEAL M. LISAN MD,
DAVE SANDOVAL, STEPHEN SISSELMAN, D.O.,
MICHAEL BENHURI, M.D., LUCKY CARE
MEDICAL, PC, MADISON AVENUE OBGYN,
HASSAN HITO, M.D., SUFFOLK FIRST MEDICAL
PC, B&R REALTY, JAY STAMBLER, M.D.,
LAWRENCE NORTHERN, M.D., MICHAEL
LADINSKY, M.D., STANLEY E. BLYSKAL, M.D.,
ROBERT F. RUGGIERO, M.D., BASHIR AHMED,
M.D., NORTH BABYLON PRACTICE
:MANAGEMENT, E&M PROFESSIONAL SERVICES,
INC., DR. JEFFREY NAKHJAVAN, BARBARA
MANDELL, M.D., LLC, PERSUAD MEDICAL, DR.

**JOINT STIPULATION OF
DISMISSAL OF CLAIMS
AGAINST DEFENDANTS
DRS. LERNER ANGELES,
RIZZO AND ALLEN**

Civil Action No.
12-CV-5579

(Bianco, J)

ANNA LERNER ANGELES, M.D., PC, LUCELLE M.
DELROSARIO, M.D., FINK FAMILY MEDICAL, PC,
DR. ANDREW FAGELMAN, M.D., LOUIS D.
SCHWARTZ, M.D., SOUTH SHORE MEDICAL
CARE, PC, DR. VINCENT LEDDY, CL BILLING, VR
LEDDY M.D., PC, RICHARD VALINOTTI, LONG
ISLAND FAMILY MEDICAL GROUP, PC, ERIC M.
JACKSON, M.D., CECILIA LEDDY MEDICAL
BUILDING, P&C MANAGEMENT, PRIMARY
MEDICAL CARE LLC, ANNA MARIE MIRSKI, M.D.,
THOMAS STACK, D.O., HALLAL PROPERTIES,
LLC, DR. EDWARD HALLAL, AZIZ CHAUDRY,
M.D., MK & JJ REALTY CORP., ADJ HOLDING
CORP., CENTRAL ISLAND INTERNAL MEDICINE
PLLC, PAUL TCHAO, M.D., DR. PATRICK BURNS,
DAVID NEGRON, DPM, ANTHONY J. RIZZO, D.O.,
DR. MICHAEL BELFIORE, DR. ZEENAT HUSSAIN,
DR. BRET OSTRAGRER, SHORE MEDICAL
ASSOCIATES, PC, RAY RICK NICK REALTY, LLC,
WEISSMAN & KROLL MEDICAL ASSOCIATES,
SUFFOLK FIRST MEDICAL PC, SUKHDATA, LLC,
MARK J. JAGUST M.D., DABFP SOUTH SHORE
MEDICAL ASSOCIATES, PC, 291 EAST SUNRISE
HIGHWAY ASSOCIATES, JOSEPH BALLARO M.D.,
PC, MARK WAXMAN, M.D., NORTHPORT FAMILY
MEDICINE, PC, ANDREW HARARAH, D.O.,
ANTHONY RIZZO, D.O., ARVERNE CARE
MANAGEMENT, DR. MARK ALLEN, SOUTH
ISLAND MEDICAL, PORT JEFF MEDICAL CARE
PC, PERRY A. FRANKEL, M.D., OLGA BELDER,
D.O., VIKAS DESAI, D.O., AURENE ALCASABAS,
M.D., ALAN W STUDLEY, M.D., ROBERTA A.
BIANCO, D.O., DR. THOMAS HODYL, 55
SOUTHERN BLVD, LLC, PRIMARY MEDICAL
CARE OF SUFFOLK COUNTY, PC, JORGE J.
FIGUEROA, M.D., LEONID BASOVICH, D.O., PC,
EDWARDO YAMBO, M.D., J2N REALTY, LLC, JIM
BEST D.O., SARITA DORSCHUG, M.D., ANDREA J.
FRANK, M.D., JAMES REILLY, D.O., MARK TREE
ROAD REALTY, PORT JEFFERSON MEDICAL
ASSOCIATES, PC, MID ISLAND INTERNAL
MEDICINE, ANDREA NOMBERG M.D., SUGANTH
RAVIDRAN, M.D., MARTHA D. PILCHMAN, M.D.,
900 STRAIGHT PATH REALTY, LLC, AND DR.
JOHN J. MARK AND JUDITH L. MARK, LLP,

Defendants.

---------------------------------------------------------------------X

WHEREAS, on November 13, 2012, Victor E. Schaller, Jr. and Joseph Faiella-Tommasino, PA, Ph.D  (the "Relators") filed the above-referenced action, in which they asserted claims on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*;

WHEREAS, in accordance with 31 U.S.C. § 3730(b), Relators' complaint was sealed for a period of at least sixty days from the date of service of Relators' complaint and disclosure statement on the United States;

WHEREAS, on or about November 15, 2017, the United States filed their Notices of Partial Intervention in this action; and

WHEREAS, Relators and the United States entered into Settlement Agreements (collectively the "Settlement Agreements") with defendants Drs. Anna Lerner Angeles, Marc Allen and Anthony Rizzo (collectively the "Physician Defendants"); and

WHEREAS, in the Settlement Agreements, the United States and Relators agreed that, when the Physician Defendants made the settlement payments set forth therein, the United States would submit a stipulation of dismissal as to the claims against the Physician Defendants; and

WHEREAS, the Physician Defendants made the first payments pursuant to the Settlement Agreements;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Relators, and the United States that:

1.      This action is dismissed with prejudice against the Physician Defendants with respect to all claims brought on Relators' behalf.

2.      Claims against the Physician Defendants on behalf of the United States which are designated as Covered Conduct in the Settlement Agreements are dismissed with prejudice.

*United States ex rel. Schaller et al. v. Prime Diagnostic Imaging Corp. et al..* 12-CV-5579 (JFB)
Filed Under Seal

Dated: Central Islip, NY
      December 27, 2017

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By:          _____s/_____

ROBERT W. SCHUMACHER
Assistant U.S. Attorney
(631) 715-7871

Dated: Philadelphia, PA
      December 27, 2017

OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

By:          _____s/_____

WILLIAM J. LEONARD
Attorneys for Relators
(215) 665-3000

SO ORDERED:

Central Islip, New York
_____, 2017

_____
HONORABLE JOSEPH F. BIANCO
United States District Judge, E.D.N.Y.

4