FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ DEC 28 2017 ★
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA, *ex rel.* VICTOR E. SCHALLER, JR. AND JOSEPH FAIELLA-TOMMASINO, PA, PH.D, NEW JERSEY *ex rel.* VICTOR E. SCHALLER, JR. AND JOSEPH FAIELLA-TOMMASINO, PA, PH.D, NEW YORK, *ex rel.* VICTOR E. SCHALLER, JR. AND JOSEPH FAIELLA-TOMMASINO, PA, PH.D, NEW YORK CITY *ex rel.* VICTOR E. SCHALLER, JR. AND JOSEPH FAIELLA-TOMMASINO, PA, PH.D, and VICTOR E. SCHALLER, JR. AND JOSEPH FAIELLA-TOMMASINO, PA, PH.D, individually,

Plaintiffs,

vs.

PRIME DIAGNOSTIC IMAGING CORPORATION, PRIME NEUROLOGICAL IMAGING CORPORATION, PRIME DIAGNOSTIC SERVICES INC., PRECISION DIAGNOSTIC IMAGING INC., PRECISION DIAGNOSTIC SERVICES INC., PRECISION NEUROLOGICAL IMAGING INC., NEURORAYS IMAGING P.C., NEURORAYS OF NEW JERSEY PC, MARK J. LODESPOTO, M.D., P.C., PRIMARY DIAGNOSTIC IMAGING CORP I, PRIMARY NEUROLOGICAL IMAGING INC. I, GLOBAL IMAGINING SOLUTIONS LLC, GLOBAL MANAGEMENT, LLC, GLOBAL NEUROLOGICAL, LLC, PRINCIPAL DIAGNOSTICS PROVISION DIAGNOSTIC IMAGING LLC, STEPHANIE M. MOSS, MICHAEL V. MOSS, PETER W. HENAGHAN, MARK J. LODESPOTO, MD, NEAL M. LISAN MD, DAVE SANDOVAL, STEPHEN SISSELMAN, D.O., MICHAEL BENHURI, M.D., LUCKY CARE MEDICAL, PC, MADISON AVENUE OBGYN, HASSAN HITO, M.D., SUFFOLK FIRST MEDICAL PC, B&R REALTY, JAY STAMBLER, M.D., LAWRENCE NORTHERN, M.D., MICHAEL LADINSKY, M.D., STANLEY E. BLYSKAL, M.D., ROBERT F. RUGGIERO, M.D., BASHIR AHMED, M.D., NORTH BABYLON PRACTICE :MANAGEMENT, E&M PROFESSIONAL SERVICES, INC., DR. JEFFREY NAKHJAVAN, BARBARA MANDELL, M.D., LLC, PERSUAD MEDICAL, DR.

**JOINT STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS DRS. LERNER ANGELES, RIZZO AND ALLEN**

Civil Action No.
12-CV-5579

(Bianco, J)

ANNA LERNER ANGELES, M.D., PC, LUCELLE M. DELROSARIO, M.D., FINK FAMILY MEDICAL, PC, DR. ANDREW FAGELMAN, M.D., LOUIS D. SCHWARTZ, M.D., SOUTH SHORE MEDICAL CARE, PC, DR. VINCENT LEDDY, CL BILLING, VR LEDDY M.D., PC, RICHARD VALINOTTI, LONG ISLAND FAMILY MEDICAL GROUP, PC, ERIC M. JACKSON, M.D., CECILIA LEDDY MEDICAL BUILDING, P&C MANAGEMENT, PRIMARY MEDICAL CARE LLC, ANNA MARIE MIRSKI, M.D., THOMAS STACK, D.O., HALLAL PROPERTIES, LLC, DR. EDWARD HALLAL, AZIZ CHAUDRY, M.D., MK & JJ REALTY CORP., ADJ HOLDING CORP., CENTRAL ISLAND INTERNAL MEDICINE PLLC, PAUL TCHAO, M.D., DR. PATRICK BURNS, DAVID NEGRON, DPM, ANTHONY J. RIZZO, D.O., DR. MICHAEL BELFIORE, DR. ZEENAT HUSSAIN, DR. BRET OSTRAGRER, SHORE MEDICAL ASSOCIATES, PC, RAY RICK NICK REALTY, LLC, WEISSMAN & KROLL MEDICAL ASSOCIATES, SUFFOLK FIRST MEDICAL PC, SUKHDATA, LLC, MARK J. JAGUST M.D., DABFP SOUTH SHORE MEDICAL ASSOCIATES, PC, 291 EAST SUNRISE HIGHWAY ASSOCIATES, JOSEPH BALLARO M.D., PC, MARK WAXMAN, M.D., NORTHPORT FAMILY MEDICINE, PC, ANDREW HARARAH, D.O., ANTHONY RIZZO, D.O., ARVERNE CARE MANAGEMENT, DR. MARK ALLEN, SOUTH ISLAND MEDICAL, PORT JEFF MEDICAL CARE PC, PERRY A. FRANKEL, M.D., OLGA BELDER, D.O., VIKAS DESAI, D.O., AURENE ALCASABAS, M.D., ALAN W STUDLEY, M.D., ROBERTA A. BIANCO, D.O., DR. THOMAS HODYL, 55 SOUTHERN BLVD, LLC, PRIMARY MEDICAL CARE OF SUFFOLK COUNTY, PC, JORGE J. FIGUEROA, M.D., LEONID BASOVICH, D.O., PC, EDWARDO YAMBO, M.D., J2N REALTY, LLC, JIM BEST D.O., SARITA DORSCHUG, M.D., ANDREA J. FRANK, M.D., JAMES REILLY, D.O., MARK TREE ROAD REALTY, PORT JEFFERSON MEDICAL ASSOCIATES, PC, MID ISLAND INTERNAL MEDICINE, ANDREA NOMBERG M.D., SUGANTH RAVIDRAN, M.D., MARTHA D. PILCHMAN, M.D., 900 STRAIGHT PATH REALTY, LLC, AND DR. JOHN J. MARK AND JUDITH L. MARK, LLP,

Defendants.

-----------------------------------------------------------------------X

WHEREAS, on November 13, 2012, Victor E. Schaller, Jr. and Joseph Faiella-Tommasino, PA, Ph.D (the "Relators") filed the above-referenced action, in which they asserted claims on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act, 31 U.S.C. §§ 3729 *et seq.*;

WHEREAS, in accordance with 31 U.S.C. § 3730(b), Relators' complaint was sealed for a period of at least sixty days from the date of service of Relators' complaint and disclosure statement on the United States;

WHEREAS, on or about November 15, 2017, the United States filed their Notices of Partial Intervention in this action; and

WHEREAS, Relators and the United States entered into Settlement Agreements (collectively the "Settlement Agreements") with defendants Drs. Anna Lerner Angeles, Marc Allen and Anthony Rizzo (collectively the "Physician Defendants"); and

WHEREAS, in the Settlement Agreements, the United States and Relators agreed that, when the Physician Defendants made the settlement payments set forth therein, the United States would submit a stipulation of dismissal as to the claims against the Physician Defendants; and

WHEREAS, the Physician Defendants made the first payments pursuant to the Settlement Agreements;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Relators, and the United States that:

1. This action is dismissed with prejudice against the Physician Defendants with respect to all claims brought on Relators' behalf.

2. Claims against the Physician Defendants on behalf of the United States which are designated as Covered Conduct in the Settlement Agreements are dismissed with prejudice.

*United States ex rel. Schaller et al. v. Prime Diagnostic Imaging Corp. et al.*, 12-CV-5579 (JFB)
Filed Under Seal

Dated: Central Islip, NY
December 27, 2017

BRIDGET M. ROHDE
ACTING UNITED STATES ATTORNEY
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By: s/
ROBERT W. SCHUMACHER
Assistant U.S. Attorney
(631) 715-7871

Dated: Philadelphia, PA
December 27, 2017

OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
Centre Square West, Suite 3400
1500 Market Street
Philadelphia, PA 19102

By: s/
WILLIAM J. LEONARD
Attorneys for Relators
(215) 665-3000

SO ORDERED:

Central Islip, New York
Dec 28, 2017

HONORABLE JOSEPH F. BIANCO
United States District Judge, E.D.N.Y.

4