UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

UNITED STATES OF AMERICA, *ex rel.* VICTOR E.
SCHALLER, JR. AND JOSEPH FAIELLA-
TOMMASINO, PA, PH.D, NEW JERSEY *ex rel.* VICTOR
E. SCHALLER, JR. AND JOSEPH FAIELLA-
TOMMASINO, PA, PH.D,  NEW YORK, *ex rel.* VICTOR
E. SCHALLER, JR. AND JOSEPH FAIELLA-
TOMMASINO, PA, PH.D,  NEW YORK CITY *ex rel.*
VICTOR E. SCHALLER, JR. AND JOSEPH FAIELLA-
TOMMASINO, PA, PH.D, and VICTOR E. SCHALLER,
JR. AND JOSEPH FAIELLA-TOMMASINO, PA, PH.D,
individually,

Plaintiffs,

vs.

PRIME DIAGNOSTIC IMAGING CORPORATION,
PRIME NEUROLOGICAL IMAGING
CORPORATION, PRIME DIAGNOSTIC SERVICES
INC., PRECISION DIAGNOSTIC IMAGING INC.,
PRECISION DIAGNOSTIC SERVICES INC.,
PRECISION NEUROLOGICAL IMAGING INC.,
NEURORAYS IMAGING P.C., NEURORAYS OF
NEW JERSEY PC, MARK J. LODESPOTO, M.D., P.C.,
PRIMARY DIAGNOSTIC IMAGING CORP I,
PRIMARY NEUROLOGICAL IMAGING INC. I,
GLOBAL IMAGINING SOLUTIONS LLC, GLOBAL
MANAGEMENT, LLC, GLOBAL NEUROLOGICAL,
LLC, PRINCIPAL DIAGNOSTICS PROVISION
DIAGNOSTIC IMAGING LLC, STEPHANIE M.
MOSS, MICHAEL V. MOSS, PETER W. HENAGHAN,
MARK J. LODESPOTO, MD, NEAL M. LISAN MD,
DAVE SANDOVAL, STEPHEN SISSELMAN, D.O.,
MICHAEL BENHURI, M.D., LUCKY CARE
MEDICAL, PC, MADISON AVENUE OBGYN,
HASSAN HITO, M.D., SUFFOLK FIRST MEDICAL
PC, B&R REALTY, JAY STAMBLER, M.D.,
LAWRENCE NORTHERN, M.D., MICHAEL
LADINSKY, M.D., STANLEY E. BLYSKAL, M.D.,
ROBERT F. RUGGIERO, M.D., BASHIR AHMED,
M.D., NORTH BABYLON PRACTICE
:MANAGEMENT, E&M PROFESSIONAL SERVICES,
INC., DR. JEFFREY NAKHJAVAN, BARBARA
MANDELL, M.D., LLC, PERSUAD MEDICAL, DR.

**JOINT STIPULATION OF
DISMISSAL**

Civil Action No.
12-CV-5579

(Bianco, J)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   FEB 15 2018   ★

LONG ISLAND OFFICE

ANNA LERNER ANGELES, M.D., PC, LUCELLE M.
DELROSARIO, M.D., FINK FAMILY MEDICAL, PC,
DR. ANDREW FAGELMAN, M.D., LOUIS D.
SCHWARTZ, M.D., SOUTH SHORE MEDICAL
CARE, PC, DR. VINCENT LEDDY, CL BILLING, VR
LEDDY M.D., PC, RICHARD VALINOTTI, LONG
ISLAND FAMILY MEDICAL GROUP, PC, ERIC M.
JACKSON, M.D., CECILIA LEDDY MEDICAL
BUILDING, P&C MANAGEMENT, PRIMARY
MEDICAL CARE LLC, ANNA MARIE MIRSKI, M.D.,
THOMAS STACK, D.O., HALLAL PROPERTIES,
LLC, DR. EDWARD HALLAL, AZIZ CHAUDRY,
M.D., MK & JJ REALTY CORP., ADJ HOLDING
CORP., CENTRAL ISLAND INTERNAL MEDICINE
PLLC, PAUL TCHAO, M.D., DR. PATRICK BURNS,
DAVID NEGRON, DPM, ANTHONY J. RIZZO, D.O.,
DR. MICHAEL BELFIORE, DR. ZEENAT HUSSAIN,
DR. BRET OSTRAGRER, SHORE MEDICAL
ASSOCIATES, PC, RAY RICK NICK REALTY, LLC,
WEISSMAN & KROLL MEDICAL ASSOCIATES,
SUFFOLK FIRST MEDICAL PC, SUKHDATA, LLC,
MARK J. JAGUST M.D., DABFP SOUTH SHORE
MEDICAL ASSOCIATES, PC, 291 EAST SUNRISE
HIGHWAY ASSOCIATES, JOSEPH BALLARO M.D.,
PC, MARK WAXMAN, M.D., NORTHPORT FAMILY
MEDICINE, PC, ANDREW HARARAH, D.O.,
ANTHONY RIZZO, D.O., ARVERNE CARE
MANAGEMENT, DR. MARK ALLEN, SOUTH
ISLAND MEDICAL, PORT JEFF MEDICAL CARE
PC, PERRY A. FRANKEL, M.D., OLGA BELDER,
D.O., VIKAS DESAI, D.O., AURENE ALCASABAS,
M.D., ALAN W STUDLEY, M.D., ROBERTA A.
BIANCO, D.O., DR. THOMAS HODYL, 55
SOUTHERN BLVD, LLC, PRIMARY MEDICAL
CARE OF SUFFOLK COUNTY, PC, JORGE J.
FIGUEROA, M.D., LEONID BASOVICH, D.O., PC,
EDWARDO YAMBO, M.D., J2N REALTY, LLC, JIM
BEST D.O., SARITA DORSCHUG, M.D., ANDREA J.
FRANK, M.D., JAMES REILLY, D.O., MARK TREE
ROAD REALTY, PORT JEFFERSON MEDICAL
ASSOCIATES, PC, MID ISLAND INTERNAL
MEDICINE, ANDREA NOMBERG M.D., SUGANTH
RAVIDRAN, M.D., MARTHA D. PILCHMAN, M.D.,
900 STRAIGHT PATH REALTY, LLC, AND DR.
JOHN J. MARK AND JUDITH L. MARK, LLP,
                    Defendants.
------------------------------------------------------------------------X

2

*United States ex rel. Schaller et al. v. Prime Diagnostic Imaging Corp. et al.,* 12-CV-5579 (JFB)
Filed Under Seal

WHEREAS, on November 13, 2012, Victor E. Schaller, Jr. and Joseph Faiella-

Tommasino, PA, Ph.D  (the "Relators") filed the above-referenced action, in which they asserted

claims on behalf of the United States pursuant to the *qui tam* provisions of the False Claims Act,

31 U.S.C. §§ 3729 *et seq.*;

WHEREAS, in accordance with 31 U.S.C. § 3730(b), Relators' complaint was sealed for

a period of at least sixty days from the date of service of Relators' complaint and disclosure

statement on the United States;

WHEREAS, on or about November 15, 2017, the United States filed their Notices of

Partial Intervention in this action; and

WHEREAS, Relators and the United States entered into Settlement Agreements

(collectively the "Settlement Agreements") with defendants Drs. Anna Lerner Angeles, Marc

Allen and Anthony Rizzo (collectively the "Physician Defendants"); and

WHEREAS, the Court so ordered the parties' joint stipulation of dismissal of claims

against the Physician Defendants; and

WHEREAS, Relators seeks to voluntarily dismiss all remaining claims against the

remaining defendants in this action ("Remaining Claims"); and

WHEREAS, the United States consents to Relators' dismissal of all Remaining Claims in

this action; and;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the undersigned

counsel for Relators, and the United States that:

1.      Relators' complaint, and any and all Remaining Claims in that complaint, are

hereby dismissed without prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil

Procedure.

*United States ex rel. Schaller et al. v. Prime Diagnostic Imaging Corp. et al.*, 12-CV-5579 (JFB)
Filed Under Seal

      2.      The United States does not object to all Remaining Claims in this action being dismissed without prejudice.

      3.      The docket shall reflect that all Remaining Claims in the complaint were dismissed without prejudice and Relator's complaint, the United States' Notice of Partial Intervention and this Joint Stipulation of Dismissal shall be unsealed, but all other documents on file in this case shall remain sealed.  Any documents filed with the Court after the date of this Order shall not be filed under seal.

      4.      The Clerk of the Court shall provide the United States Attorney's Office, Eastern District of New York, 610 Federal Plaza, Central Islip, New York 11722, Attn: AUSA Robert W. Schumacher with a copy of this fully executed order

Dated: Central Islip, NY
       February 14, 2018

                        RICHARD P. DONOGHUE
                        UNITED STATES ATTORNEY
                        Eastern District of New York
                        610 Federal Plaza
                        Central Islip, New York 11722

            By:             s/
                        ROBERT W. SCHUMACHER
                        Assistant U.S. Attorney
                        (631) 715-7871

Dated: Philadelphia, PA           OBERMAYER REBMANN MAXWELL & HIPPEL, LLP
       February 14, 2018          Centre Square West, Suite 3400
                                  1500 Market Street
                                  Philadelphia, PA 19102


                      By:    _____s/_____
                             WILLIAM J. LEONARD
                             Attorneys for Relators
                             (215) 665-3000


SO ORDERED:

Central Islip, New York
__ Feb. 15 ____, 2018

_____
HONORABLE JOSEPH F. BIANCO
United States District Judge, E.D.N.Y.